**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Rhona P. Julien<br>SSN: xxx-xx-7736<br><br>Debtor | Chapter 13<br>Case No.10-22026-WCH |

**TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), respectfully objects to the Debtors' claimed federal exemption pursuant to 11 U.S.C. §522(d)(5) and for reasons says as follows:

1. The Debtors filed a Chapter 13 petition on November 2, 2010. On December 22, 2010 the Debtor appeared for a meeting of creditors and was sworn.

2. According to Schedule C of the Debtors' schedules the Debtor has elected the Federal exemptions. The Debtor has exceeded the maximum exemption allowed under §522 (d)(5). The Debtor has claimed exemptions totaling $3,321.68 under 11 U.S.C. sec. (d)(5). However, the Debtor has claimed an exemption in the amount of $21,625.00 under (d) (1) with respect to the Debtor's residence. Therefore, the maximum exemption the Debtor may claim under (d) (5) is $1,150.00, and the Debtor has overclaimed the (d) (5) exemptions by $2,171.65.

WHEREFORE, the Trustee requests that the Court sustain her objection to the Debtor's claimed exemption and for such other relief as is proper.

Dated: December 28, 2010

        Respectfully submitted,
        Carolyn A. Bankowski
        Standing Chapter 13 Trustee
        /s/ **Carolyn A. Bankowski**
        Carolyn A. Bankowski  BBO# 631056
        Patricia A. Remer BBO# 639594
        Office of the Chapter 13 Trustee
        P.O. Box 8250
        Boston, MA 02114
        (617) 723-1313
        13trustee@ch13boston.com

SAB

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Rhona P. Julien<br>SSN: xxx-xx-7736<br><br>Debtor | Chapter 13<br>Case No.10-22026-WCH |

## Certificate of Service

      The undersigned hereby certifies that on the date below, a copy of the Trustee's Objection to Debtor's Exemptions was served via first class mail, postage prepaid on the debtor and debtor's counsel at the addresses set forth below.

Date:   December 28, 2010            /s/ **Carolyn A. Bankowski**
                                                                         Carolyn A. Bankowski

| | |
|---|---|
| Rhona P. Julien<br>568 Eliot Street<br>Milton, MA 02186 | Mark W. Miller , Esq.<br>The Law Office of Mark W. Miller<br>11 Beacon Street #1100<br>Boston, MA 02108 |

SAB