# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Rhona P. Julien    **Case Number:** 10-22026    **Ch:** 13

**Matter:**
     #34 Objection to Confirmation of the Plan  (R. Vernon)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

[✓] By Agreement of the Parties

_____ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_34_ Continued to: 9/22/2011 9:30 a.m.  For:_____

_____ Formal order/stipulation to be submitted by: _____ Date due:_____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement:  Brief(s) due_____  From_____

                                Response(s) due_____  From_____

_____ Fees allowed in the amount of: $_____  Expenses of: $_____

_____ No appearance/response by:_____

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:                IT IS SO ORDERED:

                               /s/ William C. Hillman  Dated: 06/30/2011
_____       _____
Courtroom Deputy               William C. Hillman, U.S. Bankruptcy Judge