

09/20/2011 Granted, the hearing assignment of Sept. 22, 2011 regarding the objection to claim (#34) is vacated and the matter is continued generally.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Rhona P. Julien.

          Debtor

CHAPTER 13
CASE NO. 10-22026-WCH

ASSENTED TO MOTION TO CONTINUE HEARING ON
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
AND OBJECTION TO CLAIM OF BANK OF AMERICA

     Now come the debtor and Bank of America, N.A. successor by merger with BAC Home Loans Servicing, LP and move that the pending Objection to Confirmation of the Plan, originally filed on January 21, 2011 (Docket Entry #34) and the debtor's objection to the claim of BAC Home Loans Servicing, LP filed on March 2, 2011 (Docket Entry # 51) be continued generally.

     As grounds, the parties state as follows:

1.    After the objection to the plan and the objection to the claim were filed, the debtor filed her Adversary Complaint on April 3, 2011. (AP 11-01103)  Both the objection to the plan and the objection to the claim have continued on a regular basis to coordinate with the adversary complaint.

2.    The parties involved in the adversary case are attempting to resolve the issues and agree that this objection to the plan and objection to the claim will not be resolved until there is a resolution of the Adversary Complaint.

     WHEREFORE, the parties jointly move that Bank of America's objection to the Chapter 13 plan and the debtor's objection to the claim of Bank of America be continued generally awaiting the disposition of the pending adversary complaint.

                                       Respectfully submitted,
                                       Bank of America,
                                       s/b/m with BAC Home Loans Servicing LP
                                       By its Attorney

                                       /s/ Deirdre M. Keady_____
                                       Deirdre M. Keady, Esquire
                                       BBO# 359020

In Re: Rhona P. Julien
Case No. 10-22026-WCH
CHAPTER 13

HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3925
617-243-4049 (fax)
dkeady@harmonlaw.com

The Debtor,
Rhona P. Julien,
By her attorney,


/s/ Mark W. Miller
Mark W. Miller, Esquire for the Debtor
The Law Office of Mark W. Miller
11 Beacon Street #1100
Boston, MA 02108
617-248-0530
Email: mmillerlaw@verizon.net

Dated:  September     19 , 2011


CERTIFICATE OF SERVICE

I, Deirdre M. Keady, Esquire , state that on September     19  , 2011, I electronically filed the foregoing Assented To Motion To Continue Generally  with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Office of the U.S. Trustee
Carolyn Bankowski, Esq. Chapter 13 Trustee
Mark W. Miller, Esq. for the debtor
Amy Azza, Esq. for GMAC Mortgage, LLC.
Amber Kovach, Esq. for Family Legal

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Deirdre M. Keady
Deirdre M. Keady, Esquire
BBO# 359020

Rhona P. Julien
568 Eliot Street
Milton, MA 02186

RKK//201006-0867/Julien, Rhona

2